**No.** 68101.—Union Oil Co. of California and Guy B. Barham Company *v.* United States, protests 205568–K and 207641–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel casing similar in all material respects to that the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C.D. 1577), the items marked "A" were held dutiable at the rate of 10 percent and the items marked "B" at the rate of 7½ percent, as claimed.

**No.** 68102.—Ohio Radio Mfg. Co. and Harper, Robinson & Co. *v.* United States, protests 61/13644 and 61/13684 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of testers or multitesters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

**No.** 68103.—Nusbaum Wholesale Hardware and Harper, Robinson & Co. *v.* United States, protest 61/4895 (San Francisco).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise consists of pruning shears and finished blades for the same, valued at more than $1.75 per dozen, the claim of the plaintiffs was sustained.